UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNA HONG ,

Plaintiff(s),

v.

RUGSUSA, LLC ,

Defendant(s).

Case No. 4:24-cv-08799-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Julian C. Diamond , an active member in good standing of the bar of the State of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Anna Hong in the above-entitled action. My local co-counsel in this case is Neal J. Deckant , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 322946 .

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

MY ADDRESS OF RECORD

(646) 837-7150

MY TELEPHONE # OF RECORD

jdiamond@bursor.com

MY EMAIL ADDRESS OF RECORD

1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(925) 300-4455

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ndeckant@bursor.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5836846 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court two times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 20, 2026__

__Julian C. Diamond__
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Julian C. Diamond__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____5/20/2026_____

HON. ARACELI MARTINEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

Updated 11/2021

2