UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNA HONG,

        Plaintiff,

    v.

RUGSUSA, LLC,

        Defendant.

Case No.  24-cv-08799-AMO

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**

Re: Dkt. No. 67

Plaintiff Anna Hong's motion for leave to file an amended complaint came on for hearing before this Court on May 28, 2026.  Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the Court **GRANTED** Hong's motion for the reasons stated at the hearing.

Hong shall file the proposed amended complaint as a standalone docket entry by noon on May 29, 2026.  Defendant RugsUSA, LLC ("RugsUSA"), shall file a responsive pleading within 28 days from the date of Hong's amended complaint filing.  If Defendant files an answer, discovery will close July 31, 2026, and Plaintiffs' deadline to file a motion for class certification will be September 4, 2026.  If RugsUSA files a Rule 12 motion, the parties shall meet and confer and propose a remaining case schedule within seven days after the order resolving RugsUSA's motion.

To be clear, discovery on issues related to class certification has been closed since February 23, 2026.  Discovery is now only re-opened to permit RugsUSA to assess the claims and potential representation of the two named Plaintiffs added through the amended complaint.  The Court **ORDERS** that the written discovery propounded on Hong by RugsUSA shall be deemed effectively propounded on the two newly-named Plaintiffs as of today.  The two newly-named

United States District Court
Northern District of California

Plaintiffs shall ensure that their responses to written discovery are timely produced and that they are available for depositions in a timely manner.  Any further requests for written discovery from the new Plaintiffs to RugsUSA shall be limited to the individual facts of those Plaintiffs' purchases.

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2